AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

NAOMI ELLISON,

Plaintiff,

v.

ST. JOSEPH'S/CANDLER HEALTH SYSTEM, INC.,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV417-008

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated January 30, 2018, granting the defendant's Motion for Summary Judgment and dismissing this case, judgment is hereby entered. The Clerk of Court is directed to close this case.



January 31, 2018
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03